> Dismissal with Prejudice as to Defendant Evansville Water and Sewer Utility of the City of Evansville, Indiana acknowledged [66].
>
> */s/ Matthew P. Brookman*
> Matthew P. Brookman, Judge
> United States District Court
> Southern District of Indiana
>
> Dated: July 24, 2023

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### EVANSVILLE DIVISION

| | |
|---|---|
| WILLIAMS BROTHERS CONSTRUCTION INC., | ) |
| Plaintiff, | ) No. 3:22-cv-00012-JRS-MPB |
| vs. | ) |
| EVANSVILLE WATER AND SEWER UTILITY OF THE CITY OF EVANSVILLE, INDIANA, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Williams Brothers Construction Inc. (WBCI), and Defendant Evansville Water and Sewer Utility of the City of Evansville, Indiana, by and through their respective counsel, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned matter may be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

LANE & WATERMAN LLP

By: /s/ *Benjamin J. Patterson*
Benjamin J. Patterson
(*Admitted Pro Hac Vice*)
220 N. Main St., Ste. 600
Davenport, IA 52801-1987
Telephone: (563) 324-3246
Facsimile: (563) 324-1616
Email: BPatterson@L-WLaw.com

**AND**

        McNeelyLaw LLP

By: /s/ *Paul L. Jefferson*
Paul L. Jefferson
143 West Market Street, Suite 600-A
Indianapolis, IN 46204
Telephone: (317) 825-5110
Facsimile: (563) 324-1616
Email: PJefferson@McNeelyLaw.com

**ATTORNEYS FOR PLAINTIFF WILLIAMS BROTHERS CONSTRUCTION INC.**

By: /s/ *Clifford Whitehead*
Marco L. DeLucio, #4803-82
Dirck H. Stahl, #17565-82
Clifford R. Whitehead, #28836-49
20 N.W. First Street – 9th Floor
P.O. Box 916
Evansville, IN 47706-0916

**ATTORNEYS FOR DEFENDANT EVANSVILLE WATER AND SEWER UTILITY OF THE CITY OF EVANSVILLE, INDIANA**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2023, the foregoing was served electronically using the Court's ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's ECF system.

/s/ *Benjamin J. Patterson*